IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Castillo Jr, Fidencio

Printed: 10/7/08

Case Number: 04 B 39688
Judge: Hollis, Pamela S
Filed: 10/26/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 25, 2008
Confirmed: January 24, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 31,310.30 |  |
| Secured: |  | 27,037.26 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,573.04 |
| Other Funds: |  | 0.00 |
| Totals: | 31,310.30 | 31,310.30 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | CitiFinancial Auto Credit Inc | Secured | 38,691.90 | 25,825.01 |
| 3. | Illinois Dept of Revenue | Secured | 1,643.63 | 1,212.25 |
| 4. | Aspire Visa | Unsecured | 158.12 | 0.00 |
| 5. | Jefferson Capital | Unsecured | 107.25 | 0.00 |
| 6. | National Capital Management | Unsecured | 52.19 | 0.00 |
| 7. | CitiFinancial Auto Credit Inc | Unsecured | 0.01 | 0.00 |
| 8. | Providian National Bank | Unsecured | 109.87 | 0.00 |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | Aspire | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Central Caroline Bank | Unsecured | | No Claim Filed |
| 13. | Credit Systems Inc | Unsecured | | No Claim Filed |
| 14. | First National Bank Of Marin | Unsecured | | No Claim Filed |
| 15. | First National Bank | Unsecured | | No Claim Filed |
| 16. | Medclr Inc | Unsecured | | No Claim Filed |
| 17. | Montgomery Ward & Co Inc | Unsecured | | No Claim Filed |
| | | | $ 43,462.97 | $ 29,737.26 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 150.69 |
| 4% | 69.11 |
| 3% | 103.70 |
| 5.5% | 359.04 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Castillo Jr, Fidencio

Printed: 10/7/08

Case Number: 04 B 39688
Judge: Hollis, Pamela S
Filed: 10/26/04

|  |  |
|---|---|
| 5% | 172.81 |
| 4.8% | 230.38 |
| 5.4% | 487.31 |
|  | _____ |
|  | $ 1,573.04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

